# In the United States District Court for the Southern District of Georgia Waycross Division

DANIEL AGUSTIN MELENDEZ ARAUZ,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

5:26-cv-920

## ORDER

Petitioner Daniel Arauz ("Arauz"), who is incarcerated at the Folkston Immigration and Customs Enforcement ("ICE") Processing Center in Folkston, Georgia, filed a 28 U.S.C. § 2241 Petition for Writ of Habeas. Dkt. No. 1. Respondent filed a Motion to Dismiss and states that this Petition is duplicative of a previous filing in this Court. Dkt. No. 3. Arauz did not file a response.

Arauz filed a previous § 2241 Petition in this Court on August 17, 2026. Arauz v. Warden, Case No. 5:26-cv-909, ECF No. 1. In this case, Arauz makes the same claims and seeks the same relief as he did in Case Number 5:26-cv-909, and that case remains pending. Compare Dkt. No. 1 with ECF No. 1, Case No. 5:26-cv-909. Thus, I **GRANT** Respondent's Motion to Dismiss in this case, **DISMISS** Arauz's Petition as duplicative, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 5 day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA